IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : BANKRUPTCY NO. 15-18177(JKF) |
| THOMAS J. CAPIZZI | : CHAPTER 7 |
| | : |
| | : HEARING SCHEDULED FOR |
| Debtor | : AUGUST 17, 2016 at 9:30 A.M. |
| | : UNITED STATES BANKRUPTCY COURT |
| | : 900 MARKET STREET |
| | : PHILADELPHIA, PENNSYLVANIA 19107 |

ORDER GRANTING ALLY FINANCIAL INC.
RELIEF FROM THE AUTOMATIC
STAY AND COMPELLING REJECTION OF THE LEASE

On this _17th_ day of _August_, 2016, after notice and hearing it is hereby ORDERED:

That the automatic stay imposed by 11 U.S.C. §362(a) as to Ally Financial Inc. with respect to the motor vehicle identified as a 2014 Jeep Grand Cherokee, VIN: 1C4RJFAG6EC110222 (the "Vehicle"); is hereby terminated effective the date of this Order;

FURTHER RESOLVED, that the Lease is hereby rejected.

FOR THE COURT:

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge

Copies mailed to: See attached service list.

## SERVICE LIST

Regina Cohen, Esquire
LAVIN, O'NEIL, CEDRONE & DISIPIO
190 North Independence Mall West
Suite 500
6th and Race Streets
Philadelphia, PA 19106


Barry A. Solodky, Esquire
Nikolaus & Hohenadel, LLP
212 North Queen Street
Lancaster, PA 17603


Christine C. Shubert
Chapter 7 Trustee
821 Wesley Avenue
Ocean City, NJ 08226


Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107


Thomas J. Capizzi
171 Chapel Lane
Brownstown, PA 17508