IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : CHAPTER 7 |
| | : |
| THOMAS J. CAPIZZI | : BANKRUPTCY NO. 15-18177(JKF) |
| | : |
| Debtor | : |

**ORDER**

AND NOW, this _____ day of _____, 2016, upon consideration of the Motion of Christine C. Shubert, Chapter 7 Trustee (the "Trustee"), for (a) Approval of Release and Settlement Agreement with American States Insurance Company and (b) Authority to Pay Special Counsel's Fees and Costs (the "Motion"), and after notice and hearing; it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Settlement Agreement (as defined in the Motion) is hereby **APPROVED** and the parties thereto are authorized to carry out its terms as if fully set forth herein at length.

3. The following sums are reasonable compensation for the services rendered and the following expenses incurred, all of which shall be paid by the Trustee, pursuant to its employment as special counsel in connection to the Settlement Agreement:

| | Fees | Costs |
|---|---|---|
| Hagelgans & Veronis, LLP: | $31,666.66 | $2,901.79 |

BY THE COURT:

_____
HONORABLE JEAN K. FITZSIMON,
UNITED STATES BANKRUPTCY JUDGE