IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

August 19, 2016

in re:                                                      :           Chapter 7

**Thomas J. Capizzi**

　　　　*Debtor*                                    :           Bankruptcy # **15-18177**  jkf


CERTIFICATION OF COSTS


　　　　The sum of $ **0.00** has been determined to be the amount of costs deferred for payment to the Clerk of the U.S. Bankruptcy Court in compliance with 28 U.S.C. 1930. If applicable, your check should be made payable to "**Clerk, U.S. Bankruptcy Court**" and submitted to the attention of the Clerk's Office, U.S. Bankruptcy Court, Suite 400 Robert N.C. Nix Building, 900 Market Street, Philadelphia PA 19107.


　　　　The following is a breakdown of the costs incurred but not paid:


| REASON FOR FEE | NUMBER | COSTS |
|---|---|---|
| Notices | Admin Fee -  *paid 11/13/2015* | $ 0.00 |
| Claims | x | |
| Certifications | x | |
| Adversary Complaints | *none chargeable* | $ 0.00 |
| Copies | x | |
| | TOTAL: | $ **0.00** |


Dated at Philadelphia, Pennsylvania this 19th day of August, 2016.


　　　　　　　　　　　　　　　　　　　　　　　TIMOTHY B. MCGRATH, Clerk

　　　　　　　　　　　　　　　　　　　　　　　By:　　　John B.
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Certcost 8/99