United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                              Case No. 15-18177-jkf
Thomas J Capizzi                                    Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: John            Page 1 of 1          Date Rcvd: Aug 17, 2016
                       Form ID: pdf900       Total Noticed: 4

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2016.
db            #+Thomas J Capizzi,    171 Chapel Lane,    Brownstown, PA 17508-5054
13754839       +Ally Financial Inc.,    c/o REGINA COHEN,    190 North Independence Mall West,
                 6th & Race Streets, Suite 500,    Philadelphia, PA 19106-1554
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 18 2016 01:34:59      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: ally@ebn.phinsolutions.com Aug 18 2016 01:34:18      Ally Financial Inc.,
                 P.O. Box 130424,    Roseville, MN 55113-0004
                                                                                              TOTAL: 2

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2016                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2016 at the address(es) listed below:
              BARRY A. SOLODKY    on behalf of Debtor Thomas J Capizzi bsolodky@n-hlaw.com,
               mbleacher@n-hlaw.com;dpeiffer@n-hlaw.com;jsimmerok@n-hlaw.com
              CHRISTINE C. SHUBERT     on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
               J100@ecfcbis.com
              CHRISTINE C. SHUBERT     christine.shubert@comcast.net, J100@ecfcbis.com
              JEREMY JOHN KOBESKI    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              PAUL BRINTON MASCHMEYER    on behalf of Trustee CHRISTINE C. SHUBERT pmaschmeyer@cmklaw.com,
               csilvano@cmklaw.com
              REGINA  COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              ROBERT W. SEITZER    on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@cmklaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : BANKRUPTCY NO. 15-18177(JKF) |
| THOMAS J. CAPIZZI | : CHAPTER 7 |
| | : |
| | : HEARING SCHEDULED FOR |
| Debtor | : AUGUST 17, 2016 at 9:30 A.M. |
| | : UNITED STATES BANKRUPTCY COURT |
| | : 900 MARKET STREET |
| | : PHILADELPHIA, PENNSYLVANIA 19107 |

### ORDER GRANTING ALLY FINANCIAL INC. RELIEF FROM THE AUTOMATIC STAY AND COMPELLING REJECTION OF THE LEASE

On this 17th day of August, 2016, after notice and hearing it is hereby ORDERED:

That the automatic stay imposed by 11 U.S.C. §362(a) as to Ally Financial Inc. with respect to the motor vehicle identified as a 2014 Jeep Grand Cherokee, VIN: 1C4RJFAG6EC110222 (the "Vehicle"); is hereby terminated effective the date of this Order;

FURTHER RESOLVED, that the Lease is hereby rejected.

FOR THE COURT:

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge

Copies mailed to: See attached service list.

## SERVICE LIST

Regina Cohen, Esquire
LAVIN, O'NEIL, CEDRONE & DISIPIO
190 North Independence Mall West
Suite 500
6th and Race Streets
Philadelphia, PA 19106


Barry A. Solodky, Esquire
Nikolaus & Hohenadel, LLP
212 North Queen Street
Lancaster, PA 17603


Christine C. Shubert
Chapter 7 Trustee
821 Wesley Avenue
Ocean City, NJ 08226


Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107


Thomas J. Capizzi
171 Chapel Lane
Brownstown, PA 17508