United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 15-18177-jkf
Thomas J Capizzi                                                       Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1           Date Rcvd: Aug 18, 2016
                              Form ID: pdf900         Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2016.
db             #+Thomas J Capizzi,    171 Chapel Lane,    Brownstown, PA 17508-5054
aty             +Paul B Maschmeyer,    Maschmeyer Karalis PC,    1900 Spruce Street,    Philadelphia, PA 19103-6697
sp              JAMES D. HAGELGANS,    Hagelgans & Veronis, LLP,    22 North Duke Street,    Lancaster, PA  17602

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 19 2016 01:42:45     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2016                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2016 at the address(es) listed below:
              BARRY A. SOLODKY    on behalf of Debtor Thomas J Capizzi bsolodky@n-hlaw.com,
               mbleacher@n-hlaw.com;dpeiffer@n-hlaw.com;jsimmerok@n-hlaw.com
              CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
               J100@ecfcbis.com
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net,   J100@ecfcbis.com
              JEREMY JOHN KOBESKI    on behalf of Creditor   Wells Fargo Bank, NA paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              PAUL BRINTON MASCHMEYER    on behalf of Trustee CHRISTINE C. SHUBERT pmaschmeyer@cmklaw.com,
               csilvano@cmklaw.com
              REGINA   COHEN    on behalf of Creditor   Ally Financial Inc. rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              ROBERT W. SEITZER    on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@cmklaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | CHAPTER 7 |
|---|---|---|
| THOMAS J. CAPIZZI | : | BANKRUPTCY NO. 15-18177(JKF) |
| Debtor | : | |

**ORDER**

AND NOW, this _____ day of _____, 2016, upon consideration of the Motion of Christine C. Shubert, Chapter 7 Trustee (the "Trustee"), for (a) Approval of Release and Settlement Agreement with American States Insurance Company and (b) Authority to Pay Special Counsel's Fees and Costs (the "Motion"), and after notice and hearing; it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Settlement Agreement (as defined in the Motion) is hereby **APPROVED** and the parties thereto are authorized to carry out its terms as if fully set forth herein at length.

3. The following sums are reasonable compensation for the services rendered and the following expenses incurred, all of which shall be paid by the Trustee, pursuant to its employment as special counsel in connection to the Settlement Agreement:

|  | Fees | Costs |
|---|---|---|
| Hagelgans & Veronis, LLP: | $31,666.66 | $2,901.79 |

BY THE COURT:

_____
HONORABLE JEAN K. FITZSIMON,
UNITED STATES BANKRUPTCY JUDGE