IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | CHAPTER 7 |
| : | |
| THOMAS J. CAPIZZI : | BANKRUPTCY NO. 15-18177(JKF) |
| : | |
| Debtor : | |

## ORDER

AND NOW, this          day of          , 2016, upon consideration of the First Interim Application for Compensation and Reimbursement of Expenses by Counsel to the Trustee, it is hereby

ORDERED that the sum of $7,168.00 is allowed as reasonable compensation for the services rendered and $110.68 for reimbursement of expenses for a total of $7,278.68, both of which shall be paid to Counsel for Trustee for services rendered and costs expended for the period December 16, 2015 through August 23, 2016.

**Date: September 20, 2016**          BY THE COURT:

_____
HONORABLE JEAN K. FITZSIMON,
UNITED STATES BANKRUPTCY JUDGE