## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thomas J Capizzi<br>    Debtor<br><br>JPMorgan Chase Bank, National Association<br>    Movant<br>    vs.<br><br>Thomas J Capizzi<br>    Debtor<br><br>Christine C. Shubert, Esq.<br>    Trustee | CHAPTER 7<br><br><br><br><br>NO. 15-18177 JKF<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from Stay of JPMorgan Chase Bank, National Association, which was filed with the Court on or about **September 13, 2016, docket entry 49**.

>Respectfully submitted,
>
>**/s/ Joshua I. Goldman, Esquire**
>Joshua I. Goldman, Esquire
>Attorneys for Movant/Applicant
>KML Law Group, P.C.
>Main Number: (215) 627-1322

September 23, 2016