UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:
THOMAS J CAPIZZI

Debtor(s)

Case No. 15-18177-JKF

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSE

AND NOW, this _____ day of _____ 20___, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $8,000.00 is reasonable compensation for the services in this case by CHRISTINE C. SHUBERT, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $23.52 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

**Date: December 21, 2016**

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge

DATED: _____