IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                      :      CHAPTER 7
                                            :
THOMAS CAPIZZI                              :      CASE NO. 15-18177-JKF
                                            :
         Debtor                             :

## ORDER

AND NOW, this _____ day of _____, _____, based upon the Motion of the Debtor, Thomas Capizzi, and after a notice and opportunity for a hearing on this matter and no responses having been filed, it is hereby Ordered that the personal property of Thomas Capizzi, the 2001 Yamaha Waverunner, is hereby deemed abandoned back to the Debtor for the purposes of transferring title to the rightful buyer.

**Date: December 22, 2016**                        Judge Jean K. FitzSimon