IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
THOMAS J CAPIZZI

Debtor(s)

Chapter 7

Bankruptcy No. 15-18177-JKF

### ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT

AND NOW, this _____ day of _____ 20___, upon consideration of the Trustee's Final Report and Account (the "Final Report"), and after notice and hearing, IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

**Date: December 22, 2016**

JEAN K. FITZSIMON
United States Bankruptcy Judge