United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-18177-jkf
Thomas J Capizzi                                                      Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: John           Page 1 of 1            Date Rcvd: Dec 21, 2016
                       Form ID: pdf900       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2016.
db             #+Thomas J Capizzi,    171 Chapel Lane,    Brownstown, PA 17508-5054

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 22 2016 02:09:17      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                                TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2016 at the address(es) listed below:
      BARRY A. SOLODKY    on behalf of Debtor Thomas J Capizzi bsolodky@n-hlaw.com,
       mbleacher@n-hlaw.com;jsimmerok@n-hlaw.com;dpeiffer@n-hlaw.com;dsheaffer@n-hlaw.com
      CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
       J100@ecfcbis.com
      CHRISTINE C. SHUBERT     christine.shubert@comcast.net,   J100@ecfcbis.com
      JEREMY JOHN KOBESKI    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
       bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
      PAUL BRINTON MASCHMEYER    on behalf of Trustee CHRISTINE C. SHUBERT pmaschmeyer@cmklaw.com,
       csilvano@cmklaw.com
      PAUL BRINTON MASCHMEYER    on behalf of Attorney    Maschmeyer Karalis P.C. pmaschmeyer@cmklaw.com,
       csilvano@cmklaw.com
      REGINA COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
       ksweeney@lavin-law.com
      ROBERT W. SEITZER    on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@cmklaw.com
      THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association
       tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                 TOTAL: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:
THOMAS J CAPIZZI

Debtor(s)

Case No. 15-18177-JKF

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSE

AND NOW, this _____ day of _____ 20___, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $8,000.00 is reasonable compensation for the services in this case by CHRISTINE C. SHUBERT, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $23.52 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

**Date: December 21, 2016**

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge

DATED: _____