United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-18177-jkf
Thomas J Capizzi                                                          Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: John              Page 1 of 1              Date Rcvd: Dec 22, 2016
                               Form ID: pdf900         Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2016.
db          #+Thomas J Capizzi,    171 Chapel Lane,    Brownstown, PA 17508-5054
aty          +Maschmeyer Karalis P.C.,    1900 Spruce Street,    Philadelphia, PA 19103-6697
aty          +Paul B Maschmeyer,    Maschmeyer Karalis PC,    1900 Spruce Street,    Philadelphia, PA 19103-6697
sp            JAMES D. HAGELGANS,    Hagelgans & Veronis, LLP,    22 North Duke Street,    Lancaster, PA 17602

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Dec 23 2016 02:09:01    City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 23 2016 02:08:17
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 23 2016 02:08:39    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           +E-mail/Text: ally@ebn.phinsolutions.com Dec 23 2016 02:07:41    Ally Financial Inc.,
              P.O. Box 130424,    Roseville, MN 55113-0004
cr            E-mail/PDF: gecsedi@recoverycorp.com Dec 23 2016 02:20:29    Synchrony Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
              Miami, FL  33131-1605
                                                                                       TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2016

                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2016 at the address(es) listed below:
            BARRY A. SOLODKY    on behalf of Debtor Thomas J Capizzi bsolodky@n-hlaw.com,
            mbleacher@n-hlaw.com;jsimmerok@n-hlaw.com;dpeiffer@n-hlaw.com;dsheaffer@n-hlaw.com
            CHRISTINE C. SHUBERT    christine.shubert@comcast.net,    J100@ecfcbis.com
            CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
            J100@ecfcbis.com
            JEREMY JOHN KOBESKI    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
            JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
            bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
            PAUL BRINTON MASCHMEYER    on behalf of Attorney    Maschmeyer Karalis P.C. pmaschmeyer@cmklaw.com,
            csilvano@cmklaw.com
            PAUL BRINTON MASCHMEYER    on behalf of Trustee CHRISTINE C. SHUBERT pmaschmeyer@cmklaw.com,
            csilvano@cmklaw.com
            REGINA  COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
            ksweeney@lavin-law.com
            ROBERT W. SEITZER    on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@cmklaw.com
            THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association
            tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                       TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | CHAPTER 7 |
| | : | |
| THOMAS CAPIZZI | : | CASE NO. 15-18177-JKF |
| | : | |
| Debtor | : | |

### ORDER

AND NOW, this _____ day of _____,         , based upon the Motion

of the Debtor, Thomas Capizzi, and after a notice and opportunity for a hearing on this matter

and no responses having been filed, it is hereby Ordered that the personal property of Thomas

Capizzi, the 2001 Yamaha Waverunner, is hereby deemed abandoned back to the Debtor for the

purposes of transferring title to the rightful buyer.

**Date: December 22, 2016**

_____
Judge Jean K. FitzSimon

1