```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania
In re:                                                                   Case No. 15-18177-jkf
Thomas J Capizzi                                                         Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: admin                 Page 1 of 2                   Date Rcvd: Mar 17, 2017
                              Form ID: 318                Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 19, 2017.
db             #+Thomas J Capizzi,    171 Chapel Lane,    Brownstown, PA 17508-5054
13632130        +Apex Asset Management,    2501 Oregon Pike,    Suite 102,    Lancaster, PA 17601-4890
13632131        +Apex Legal Group, PC,    1439 West Chapman Ave, Suite 95,     Orange, CA 92868-2738
13632135        +Center Anesthesia Group,    PO Box 667,    Lehighton, PA 18235-0667
13632138        +Conestoga Valley School District,    2110 Horseshoe Road,    Lancaster, PA 17601-6099
13632141        +Ephrata Community Hospital,    169 Martin Ave,    PO Box 1002,    Ephrata, PA 17522-1002
13632142        +Ernest Capizzi,   23 Warwick Road,    Lititz, PA 17543-8580
13651153        +Hyundai Motor Finance,    c/o Constar Financial Services,    3561 West Bell Road,
                  Phoenix, AZ 85053-2965
13632146         Jordan Felzer, Esquire,    American Express Legal,    PO Box 2163,    Southeastern, PA 19399-2163
13632150        +Maryann Capizzi,    171 Chapel Lane,    Brownstown, PA 17508-5054
13632151        +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
13653088         Navient Solutions, Inc,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
13692103         Navient Solutions, Inc.,    PO BOX 9000,    Wilkes-Barre, PA 18773-9000
13632153        +Northland Group, Inc.,    Mail Code CSB1,    PO Box 390905,    Minneapolis, MN 55439-0905
13632160        +West Earl Township,    157 W Metzler Rd,    Brownstown, PA 17508-5096
13632161        +Yamaha Capital One Retail,    PO Box 71106,    Charlotte, NC 28272-1106

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@phila.gov Mar 18 2017 01:53:39     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA 19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 18 2017 01:52:41
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA 17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 18 2017 01:53:20    U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13632127         EDI: GMACFS.COM Mar 18 2017 01:43:00     Ally,    PO Box 380902,    Minneapolis, MN 55438-0902
13632128        +EDI: RMSC.COM Mar 18 2017 01:43:00     Amazon,    PO Box 965015,    Orlando, FL 32896-5015
13632129         EDI: AMEREXPR.COM Mar 18 2017 01:43:00     American Express,    P.O.Box 981540,
                  El Paso, TX 79998-1540
13661949         EDI: BECKLEE.COM Mar 18 2017 01:43:00     American Express Bank, FSB,    c o Becket and Lee LLP,
                  POB 3001,   Malvern, PA 19355-0701
13661950         EDI: BECKLEE.COM Mar 18 2017 01:43:00     American Express Centurion Bank,
                  c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13632132         EDI: BANKAMER.COM Mar 18 2017 01:43:00     Bank of America,    PO Box 982235,
                  El Paso, TX 79998-2235
13632134        +EDI: WFNNB.COM Mar 18 2017 01:43:00     CB / Peebles,    PO Box 182789,
                  Columbus, OH 43218-2789
13632133         EDI: CAPITALONE.COM Mar 18 2017 01:43:00     Capital One,    Attn: General Correspondence,
                  PO Box 30285,    Salt Lake City, UT 84130-0285
13656043         EDI: CAPITALONE.COM Mar 18 2017 01:43:00     Capital One, N.A.,    PO Box 71083,
                  Charlotte, NC  28272-1083
13632136         EDI: CHASE.COM Mar 18 2017 01:43:00     Chase,    PO Box 15298,    Wilmington, DE 19850-5298
13632137        +EDI: CITICORP.COM Mar 18 2017 01:43:00     CitiBank,    Citibank Customer Service,
                  P.O. Box 6500,    Sioux Falls, SD 57117-6500
13632139        +EDI: RCSFNBMARIN.COM Mar 18 2017 01:43:00     Credit One,    PO Box 98875,
                  Las Vegas, NV 89193-8875
13632140        +EDI: TSYS2.COM Mar 18 2017 01:43:00     DSNB Macy’s,    PO Box 8218,    Mason, OH 45040-8218
13632143        +E-mail/Text: bankruptcy@fult.com Mar 18 2017 01:54:20     Fulton Bank,    PO Box 11,
                  Lancaster, PA 17608-0011
13632144        +EDI: IRS.COM Mar 18 2017 01:43:00     Internal Revenue Service,    600 Arch St.,
                  Philadelphia, PA 19106-1695
13632145        +EDI: RMSC.COM Mar 18 2017 01:43:00     JC Penney,    PO Box 965007,    Orlando, FL 32896-5007
13632147         E-mail/Text: csd1clientservices@cboflanc.com Mar 18 2017 01:54:01     Lancaster Collections,
                  218 W Orange Street,    Lancaster, PA 17603-3746
13632148        +E-mail/Text: compliance@lctcb.org Mar 18 2017 01:53:17
                  Lancaster County Tax Collection Bureau,    1845 William Penn Way,    Suite 1,
                  Lancaster, PA 17601-4097
13632149        +EDI: TSYS2.COM Mar 18 2017 01:43:00     Macy’s,    Bankruptcy Processing,    PO Box 8053,
                  Mason, OH 45040-8053
13632152         EDI: NAVIENTFKASMSERV.COM Mar 18 2017 01:43:00     Navient,    P.O. Box 9500,
                  Wilkes Barre, PA 18773-9500
13632154         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 18 2017 01:52:41     PA Department of Revenue,
                  Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0946
13693611         EDI: PRA.COM Mar 18 2017 01:43:00     Portfolio Recovery Associates, LLC,    POB 41067,
                  Norfolk VA 23541
13675922        +EDI: RESURGENT.COM Mar 18 2017 01:43:00     PYOD, LLC its successors and assigns as assignee,
                  of Citibank, N.A.,    Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
13676647        +EDI: RESURGENT.COM Mar 18 2017 01:43:00     PYOD, LLC its successors and assigns as assignee,
                  of FNBM, LLC,    Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
13659196         EDI: Q3G.COM Mar 18 2017 01:43:00     Quantum3 Group LLC as agent for,    Comenity Bank,
                  PO Box 788,    Kirkland, WA  98083-0788
```

```
District/off: 0313-2           User: admin                Page 2 of 2                   Date Rcvd: Mar 17, 2017
                               Form ID: 318               Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13632889         EDI: RECOVERYCORP.COM Mar 18 2017 01:43:00      Recovery Management Systems Corporation,
                  25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
13632155         EDI: DRIV.COM Mar 18 2017 01:43:00      Santander Consumer USA,   Attn: Bankruptcy Dept.,
                  PO Box 560284,   Dallas, TX 75356-0284
13632156         EDI: SEARS.COM Mar 18 2017 01:43:00      Sears Credit Cards,   PO Box 6282,
                  Sioux Falls, SD 57117-6282
13632157        +E-mail/Text: bankruptcydepartment@tsico.com Mar 18 2017 01:54:12      Transworld System,
                  507 Prudential Rd,   Horsham, PA 19044-2308
13632158        +EDI: RMSC.COM Mar 18 2017 01:43:00      Walmart / Synchrony Bank,   PO Box 530927,
                  Atlanta, GA 30353-0927
13632159         EDI: WFFC.COM Mar 18 2017 01:43:00      Wells Fargo Bank, N.A.,   Bankruptcy Department,
                  One Home Campus MAC X2302-04C,   Des Moines, IA 50328-0001
                                                                                               TOTAL: 34

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2017                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2017 at the address(es) listed below:

```
          BARRY A. SOLODKY    on behalf of Debtor Thomas J Capizzi bsolodky@n-hlaw.com,
           mbleacher@n-hlaw.com;jsimmerok@n-hlaw.com;dpeiffer@n-hlaw.com;dsheaffer@n-hlaw.com
          CHRISTINE C. SHUBERT    christine.shubert@comcast.net,  J100@ecfcbis.com
          CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
           J100@ecfcbis.com
          JEREMY JOHN KOBESKI    on behalf of Creditor   Wells Fargo Bank, NA paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   JPMorgan Chase Bank, National Association
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          PAUL BRINTON MASCHMEYER    on behalf of Attorney   Maschmeyer Karalis P.C. pmaschmeyer@cmklaw.com,
           csilvano@cmklaw.com
          PAUL BRINTON MASCHMEYER    on behalf of Trustee CHRISTINE C. SHUBERT pmaschmeyer@cmklaw.com,
           csilvano@cmklaw.com
          REGINA COHEN    on behalf of Creditor   Ally Financial Inc. rcohen@lavin-law.com,
           ksweeney@lavin-law.com
          ROBERT W. SEITZER    on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@cmklaw.com
          THOMAS I. PULEO    on behalf of Creditor   JPMorgan Chase Bank, National Association
           tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Thomas J Capizzi** | Social Security number or ITIN **xxx–xx–3441** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:   **15–18177–jkf**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Thomas J Capizzi

3/16/17

**By the court:** <u>Jean K. FitzSimon</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318   **Order of Discharge**   page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**